UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERONICA M MOHR,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No. 17-cv-06896-NC<br><br>**ORDER SCREENING PLAINTIFF'S AMENDED COMPLAINT UNDER 28 U.S.C. § 1915(e)(2)(B)**<br><br>Re: Dkt. No. 10 |

On December 12, 2017, the Court screened plaintiff Veronica Mohr's complaint under 28 U.S.C. § 1915(e)(2)(B) and found the complaint failed to state a claim for relief. ECF 9. Mohr filed an amended complaint that added additional facts about the nature of Mohr's alleged impairments and more precisely specified how the administrative law judge allegedly erred. Again screening under § 1915(e)(2)(B), the Court finds the amended complaint states a claim for relief. The court clerk is directed to issue the proposed summons at ECF 3 and have the U.S. Marshals serve the defendant with the summons and a copy of the amended complaint.

**IT IS SO ORDERED.**

Dated: January 18, 2018

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　NATHANAEL M. COUSINS
　　　　　　　　　　　　　　　　　United States Magistrate Judge